UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-10017-CR-MARTINEZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JIMMY EDUARDO QUIJIJE TORRES,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on March 16, 2016. A Report and Recommendation was filed on April 6, 2016, [ECF No. 45], recommending that the Defendant's plea of guilty be accepted. During the Change of Plea hearing, the Magistrate Judge questioned the Defendant regarding his waiver of appeal in which the Defendant acknowledged on the record that he was waiving or giving up all rights to appeal any sentence imposed by the District Court in this case except under the limited circumstances contained within the appeal waiver provision from the Plea Agreement.

The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 45] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment, which charges him with conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, in violation of Title 46 U.S.C. § 70506(a) and 21 U.S.C. § 960(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of April, 2016.

```
                                    _____
                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
```

Copied:
Hon. Magistrate Judge Snow
All Counsel Of Record
U.S. Probation Office